468 A.2d 823

Commonwealth v. Godwin, Appellant.
Petition for Allowance of Appeal
Denied April 17, 1984.

Submitted June 17, 1983. Jack J. Bulkin, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, McEWEN and WATKINS, JJ.

The judgment of sentence of the learned Philadelphia County Common Pleas Court Judge Michael E. Wallace is affirmed.

468 A.2d 823

Commonwealth v. Hickson, Appellant.
Petition for Allowance of Appeal
Denied March 16, 1984.

Submitted May 31, 1983. Elaine DeMasse, Assistant Public Defender, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, WIEAND and CIRILLO, JJ.

Judgment of sentence affirmed.